UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ARIAS<br><br>Defendant. | CASE NO.: 22CR2838-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |
|---|---|

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Status Hearing currently scheduled for February 13, 2023, be continued to **February 27, 2023, at 9:00 a.m.**

It is further ordered that the time between February 13, 2023 and February 27, 2023, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(A)(D), (h)(1) (A)(G) and (h)(7)(A)

DATED: 2/1/23

Honorable Thomas J. Whelan
United States District Judge